[No. 6397–6–III.   Division Three.   November 8, 1984.]

GEORGE H. WHITE, ET AL, *Respondents,* v. JOHN H.
ERFURTH, ET AL, *Petitioners,* BRIAN
HILDAHL, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Spo-
kane County, No. 83–2–02423–9, George T. Shields, J.,
entered February 29, 1984. *Reversed* and *remanded* by
unpublished opinion per McInturff, J., concurred in by

Thompson, J., and Mitchell, J. Pro Tem.